IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN A LARA,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   Defendant. | **8:23CV173**<br><br>**ORDER** |

With the parties' consent,

IT IS ORDERED:

1) Defendant's deadline to respond to Plaintiff's Second set of Interrogatories and Second set of Requests for Production is extended to January 15, 2024.

2) The written discovery deadline, currently January 3, 2024, is extended to January 15, 202, and the deadline for filing any motion to compel is extended to January 31, 2024.

3) Defendant's motion, (Filing No. 21), is deemed withdrawn.

Dated this 5th day of December, 2023.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge